**JUDGE KOELTL**

**07 CV 6002**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

MOON CAPITAL MANAGEMENT, LP,

                 Petitioner,

      – against –

GEK LANG LEE,

                 Respondent.
-----------------------------------------------------------------X

Case No.

RULE 7.1 STATEMENT

JUN 2 5 2007

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Moon Capital Management, LP certifies that said entity does not have any corporate parents, affiliates, and/or subsidiaries, which are publicly held.

Dated:  New York, New York
          June 25, 2007

                                         FRIEDMAN KAPLAN
                                             SEILER & ADELMAN LLP

                                             Lance J. Gotko (LG-5443)
                                             1633 Broadway
                                             New York, New York 10019-6708
                                             (212) 833-1100

                                             *Attorneys for Petitioner Moon Capital*
                                             *Management, LP*

475734.1