Anthony Paduano (AP 8400)
Jordan D. Becker (JB 3636)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100
Facsimile: (212) 785-9099

Attorneys for Respondent Gek Lang Lee


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                            :
MOON CAPITAL MANAGEMENT LP,                                 :
                                                            :
                    Petitioner,            No. 07 CV 6002 (JGK)
                                                            :
      -against-                                             :
                                                            :
GEK LANG LEE,                                               :
                                                            :
                    Respondent.                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF SPECIAL APPEARANCE

PLEASE TAKE NOTICE that Paduano & Weintraub LLP hereby specially appears in the above-captioned action as counsel for Respondent Gek Lang Lee for the purpose of contesting personal jurisdiction and opposing the temporary restraining order sought against her by Petitioner.

PLEASE TAKE FURTHER NOTICE, that the undersigned hereby requests that all notices given or required to be given, and all papers served or required to be served, in this action relating to such application for a temporary

restraining order be given to and served upon Paduano & Weintraub LLP, 1251 Avenue of the Americas, Ninth Floor, New York, New York 10020.

Dated:   New York, New York
         June 26, 2007

                                        PADUANO & WEINTRAUB LLP

                                        By: _____
                                            Anthony Paduano (AP 8400)
                                            Jordan Becker (JB 3636)
                                        1251 Avenue of the Americas
                                        Ninth Floor
                                        New York, New York  10020
                                        (212) 785-9100

                                        Attorneys for Respondent Gek Lang Lee

To:   Lance J. Gotko, Esq.
      Friedman Kaplan Seiler & Adelman LLP
      1633 Broadway
      New York, New York 10019-6708