

**MOON CAPITAL**

June 14, 2005

Ms. Lee Gek Lang
7A King's Road
Singapore 268173

Dear Gek Lang:

  This letter is to confirm our offer to you of employment with Moon Capital Singapore Pte.Ltd. (the "Company").

1. <u>Position</u>: You will serve as a Vice President of the Company and will report directly to John Moon, Managing General Partner.
2. <u>Start Date</u>: July 4, 2005.
3. <u>Compensation, Benefits and Other Matters</u>: Subject to the Company's standard compensation policies and procedures, your initial compensation will be:
    a. <u>Base Salary</u>: Your starting salary will be at an annual rate of $130,000 USD.
    b. <u>Performance Bonus</u>: You will be eligible to receive an annual performance bonus from the Company on a discretionary basis. This bonus will be paid in the first quarter following the end of the partnership's fiscal year.
    c. <u>Other benefits</u>: You will be entitled to all rights and benefits for which you are otherwise eligible under any health and life insurance plans, other policies and reimbursements that the Company provides to staff members of your level.

  Your employment will be subject to (i) your not being contractually bound to another employer, (ii) your agreement to an at-will employment, whereby you and the Company shall have the right to terminate the employment at anytime with a 1 month notice period, with or without cause and for any lawful reason or no reason. (iii) your agreement to abide by the terms and conditions of the company's employee handbook and compliance manual including with regard to confidentiality and securities trading policies.

  We look forward to having you join the Moon Capital team. If the foregoing offer of employment is acceptable to you, please so indicate by signing this offer in the space provided below and returning one signed copy to us.

Moon Capital L.P.

By: _____
John Moon (General Partner)

Agreed to and accepted:

_____
Lee Gek Lang
Date:

---

Moon Capital Management, LP      499 Park Avenue      Main: 212 652 450