

**Lee Gek Lang, CFA**
李玉兰
Managing Director
Moon Capital Singapore Pte. Ltd.

2 Battery Road #25-01
Maybank Tower
Singapore 049907
Main: (65) 6511 7500
Fax: (65) 6511 7501
DID: (65) 6511 7517
Mobile: (65) 9668 8197
Email: gllee@mooncapital.com