# MOON CAPITAL SINGAPORE PTE. LTD.

Company No. : 200500490H
2 Battery Road #25-01 MayBank Tower Singapore 049907
Tel : (065) 6511 7500  Fax : (065) 6511 7501

| Employee Code | : LEE |
|---|---|
| Employee Name | : Lee Gek Lang |
| Correspondence Address | : 7A Kings Road Singapore 268173 |
| Commencement Date | : 4-July-2005 |

| End Month Pay Slip | : 01 February 2007 - 28 February 2007 |
|---|---|

| | | | | | |
|---|---|---|---|---|---|
| Basic Pay | USD | 11,666.67 | Total Employee Wages | : $ | 17,908.34 |
| Forex Exchange for 22/2/07 | : | 1.5350 | CPF Contribution | : $ | (900.00) |
| Equivalent to Sin Dollars | : $ | 17,908.34 | | | |
| Deduction | : | N.A. | SUB-TOTAL | : $ | 17,008.34 |
| | | | NET PAY | $ | 17,008.34 |

## CPF Contributions

| Employee's CPF | : | 900.00 | Employer CPF | : | 585.00 | Total CPF | : | 1,485.00 |
|---|---|---|---|---|---|---|---|---|

## Cummulative Figure

| Salary YTD | : | 35,851.68 | CPF YTD | : | 1,800.00 | Bonus | : | - |
|---|---|---|---|---|---|---|---|---|