# Exhibit 20

Case 1:07-cv-06002-JGK-FM     Document 6-22     Filed 06/26/2007     Page 1 of 4

At a Special Term of the Supreme Court
of the State of New York held in and for
the County of Onondaga at Syracuse,
New York on February 17, 2000

PRESENT: HONORABLE JAMES C. TORMEY, III
Justice Presiding

STATE OF NEW YORK
SUPREME COURT        COUNTY OF ONONDAGA
------------------------------------------------

SALOMON SMITH BARNEY INC.,

        Petitioner,                    **ORDER**

v.                                  Index No. 00-856
                                    RJI No. 33-00-0793

PERVAIZ MASSEY, JAVED MASSEY
and SOLOMON MASSEY,

        Respondents.
------------------------------------------------

      Petitioner, Salomon Smith Barney Inc. ("SSB"), by its attorneys, Kasowitz, Benson, Torres & Friedman, LLP, has moved for an Order pursuant to CPLR § 7502(c) for a temporary restraining order and preliminary injunction against the respondents pending the outcome of an arbitration commenced by the petitioner against the respondents pursuant to the National Association of Securities Dealers, Inc.'s ("NASD") Code of Arbitration Procedure.

      NOW, upon reading and filing the Verified Petition sworn to on February 14, 2000 by Susan Griffith, Assistant Vice-President of SSB, the Affirmation of Mark E. Greenfield, Esq., the Affidavit with attached exhibits of Susan Griffith, sworn to on February 14, 2000, the Affidavit of Jonathan Massey, with attached exhibit, sworn to on February 14, 2000, the Supplemental Affirmation of Mark E. Greenfield, Esq., all submitted in support of petitioner's application for injunctive relief against the respondents, and after hearing argument during the

afternoon of February 14, 2000 from Kasowitz, Benson, Torres & Friedman, LLP, Mark E. Greenfield, Esq., of counsel, attorneys for petitioner in support of its application for injunctive relief and after hearing Bond, Schoeneck & King, LLP, John G. McGowan, Esq. and John H. Callahan, Esq., of counsel, attorneys for the respondents in opposition to petitioner's application for injunctive relief and after due deliberation, it is hereby

ORDERED, that counsel for the respondents take possession of various documents in the possession of the respondents and make them available for review by petitioner's counsel on February 15, 2000 at the office of Bond, Schoeneck & King, LLP, and

Upon hearing further argument in support of petitioner's application for injunctive relief during the afternoon of February 15, 2000 from Kasowitz, Benson, Torres & Friedman, LLP, Mark E. Greenfield, Esq., of counsel, after having had an opportunity to review the documents made available by respondents' counsel, and after hearing Bond, Schoeneck & King, LLP, John G. McGowan, Esq. and John H. Callahan, Esq., of counsel, in opposition to petitioner's application for injunctive relief, the Court stated its intention to deny petitioner's application for temporary and preliminary injunctive relief, but allowed petitioner to withdraw its application and to continue with an arbitration hearing on the merits,

NOW, comes the respondents' moving by Order to Show Cause dated February 16, 2000 for an Order reinstating petitioner's application on the grounds that the petitioner has moved under the NASD's arbitration rules for the same relief moved for in this Court and upon the further ground that petitioner is estopped from seeking interim injunctive relief from a NASD arbitrator based on its earlier application and its acceptance of relief from this Court.

- 2 -

NOW, THEREFORE, it is

ORDERED, that the respondents' request for an Order to Show Cause be and the same hereby is denied; and it is further

ORDERED, that the Court *sua sponte* reconsidered petitioner's application for temporary and preliminary injunctive relief; and it is further

ORDERED, that petitioner's application pursuant to CPLR § 7502(c) for a temporary restraining order ~~and preliminary injunction~~ be denied in its entirety, with prejudice.

Dated: February 17, 2000
       Syracuse, New York

ENTER:

                                  s/ James C. Tormey, III
                                  James C. Tormey, III
                                  Justice of the Supreme Court

- 3 -