Anthony Paduano (AP 8400)
Jordan D. Becker (JB 3636)
PADUANO & WEINTRAUB LLP
1251 Avenue of the Americas
Ninth Floor
New York, New York 10020
Telephone: (212) 785-9100
Facsimile: (212) 785-9099

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                             :
MOON CAPITAL MANAGEMENT LP,                                  :
                                                             :
                            Petitioner,                      :   No. 07 CV 6002 (JGK)
                                                             :
            -against-                                        :
                                                             :
GEK LANG LEE,                                                :
                                                             :
                            Respondent.                      :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK         )
                          ) ss.:
COUNTY OF NEW YORK        )

Katriana Roh, being duly sworn, deposes and says:

1.  I am over the age of eighteen and not a party to the above-captioned matter. I am an employee of Paduano & Weintraub LLP, counsel for Respondent Gek Lang Lee in the above-referenced matter.

2.  On June 26, 2007, I personally served a true and correct copy of the Memorandum of Law in Opposition to Petitioner's Motion for a Temporary Restraining Order, dated June 26, 2007, Declaration of Gek Lang Lee, dated June 26, 2007, Notice of Special Appearance, dated June 26, 2007, and Respondent's Appendix of Recent Court and Arbitration Decisions Denying Enforcement of Restrictive Covenants Under New York Law, on Lance J. Gotko, Esq., Friedman, Kaplan Seiler & Adelman, LLP, 1633 Broadway, New York, New York 10019-

6708, attorney for Petitioner Moon Capital Management LP, via telecopier and electronic notice via the ECF system.

_____
Katriana Roh

Sworn to me before this
27th day of June 2007

_____
Notary Public

GIDEON E. MARK
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 02MA6063514
Qualified in New York County
Commission Expires Sept. 4, 2009

2