UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MOON CAPITAL MANAGEMENT, LP,  :

                Plaintiff,   :   **ORDER**

   -against-   :   07 Civ. 6002 (JGK)(FM)

GEK LANG LEE,   :

                Defendant.   :

------------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/07

**FRANK MAAS**, United States Magistrate Judge.

    Pursuant to a conference held earlier today, it is hereby ORDERED that

1.    The deposition of Mr. Moon shall take place on July 5, 2007.

2.    The deposition of Ms. Lee shall take place on July 6, 2007, in person in Singapore, via videoconference, or via teleconference.

    SO ORDERED.

Dated:    New York, New York
            June 29, 2007

                                          _____
                                              FRANK MAAS
                                       United States Magistrate Judge

Copies to:

Honorable John G. Koeltl
United States District Judge

Lance J. Gotko, Esq.
Friedman, Kaplan, Seiler and Adelman
Fax: (212) 373-7915

Anthony Paduano, Esq.
Paduano & Weintraub
Fax: (212) 785-9099