UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MOON CAPITAL MANAGEMENT LP,        :

              Plaintiff,        :

     -against-        :

GEK LANG LEE,        :

              Defendant.        :

------------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/2/07
```

**DISCOVERY ORDER**

07 Civ. 6002 (JGK) (FM)

**FRANK MAAS**, United States Magistrate Judge.

       I have read and reviewed Ms. Stubbs' July 2 letter seeking a protective order and Mr. Becker's rejoinder thereto. Although counsel have requested a telephone conference, the issues seem clear, and I am mindful that the preliminary injunction hearing will be held one week from today. Accordingly, the request for a conference is denied.

       The remainder of this discovery order sets forth my rulings with regard to Ms. Stubbs' application:

    1.    Unless Judge Koeltl or I otherwise direct, any documents produced pursuant to this discovery order shall be for attorneys' eyes only.

    2.    In response to Document Request No. 7, plaintiff Moon Capital Management LP ("Moon") shall produce documents sufficient to identify the companies with which the relationships referred to allegedly are maintained.

    3.    Moon need not respond at this juncture to Document Request No. 11 (which refers to paragraph 34, not paragraph 33, of the Moon Declaration) or Document Request Nos. 17 and 27.

    4.    To the extent that Moon contends that defendant Gek Lang Lee ("Lee") or Pramerica Real Estate Investors (Asia) Pte Ltd. has misappropriated or unfairly exploited Moon's business relationships, it shall respond to Document Requests No. 23 through 25.

    5.    Moon shall respond to Interrogatory No. 7, but need not respond at this juncture to any of Lee's other interrogatories.

    6.    The additional discovery required by this order shall be produced to Lee's counsel by 8 a.m. on July 5, 2007.

SO ORDERED.

Dated:    New York, New York
             July 2, 2007

                                             FRANK MAAS
                             United States Magistrate Judge

Copies to:

Hon. John G. Koeltl
United States District Judge

Emily A. Stubbs, Esq.

Jordan D. Becker, Esq.

2