07 CV 6002

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

MOON CAPITAL MANAGEMENT LP,

      Petitioner,

  – against –

GEK LANG LEE,

      Respondent.

---------------------------------------------------------------X

JUDGE K[...]

No. 07 Civ. _____ ( )

**ORDER TO SHOW CAUSE**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/2007

  Upon the annexed declarations of John Moon and Lance J. Gotko and the accompanying Petition and Memorandum of Law, together with all exhibits and attachments thereto, it is hereby:

  ORDERED, that the above name Respondent, Gek Lang Lee ("Respondent"), show cause before this Court, in Courtroom 12 B of the United States Courthouse, 500 Pearl Street, New York, New York, on July 9, 2007, at 5:00 p.m., or as soon thereafter as counsel may be heard, why a preliminary injunction should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure enjoining Respondent as follows:

  (a)  through September 6, 2007, from performing any services for Pramerica Real Estate Investors (Asia) Pte Ltd. or any other entity that (pursuant to Section 7 of the Letter Agreement) "engage[s] in any hedge fund business or asset management business that follows an investment program similar to any of" the Moon Entities"; and

  (b)  from disclosing or using at any time any of the Moon Entities' "Confidential Information" (as that term is defined in the Letter Agreement), and compelling Respondent and all those acting in concert with her to return immediately to Moon Capital all such Confidential Information in their possession, custody, or control.

475485.1

It is FURTHER ORDERED that pending the hearing of Petitioner's application for a preliminary injunction, and to prevent immediate and irreparable injury to Petitioner as alleged in the accompanying declarations and memorandum of law, that Respondent, including all persons and entities acting in concert with her, is hereby TEMPORARILY RESTRAINED AS FOLLOWS:

(a) through September 6, 2007, from performing any services for Pramerica Real Estate Investors (Asia) Pte Ltd. or any other entity that (pursuant to Section 7 of the Letter Agreement) "engage[s] in any hedge fund business or asset management business that follows an investment program similar to any of" the Moon Entities; and

(b) from disclosing or using at any time any of the Moon Entities' "Confidential Information" (as that term is defined in the Letter Agreement), and compelling Respondent and all those acting in concert with her to return immediately to Moon Capital all such Confidential Information in their possession, custody, or control.

It is FURTHER ORDERED that service of this Order to Show Cause, together with the papers on which it is granted, shall be deemed good and sufficient service if made by _service by DHL and E-Mail_ on Respondent ~~or her counsel~~ on or before June 27, 2007.

Papers in response must be filed by July 5, 2007.

Parties may appear on June 26, 2007 at 4:30 P.M. for further argument on the temporary restraining order.

SO ORDERED.

_/s/ Koeltl_
UNITED STATES DISTRICT JUDGE

Dated: New York, New York
       June 25, 2007

Security in the amount of $_____ will be posted by _____

2

475485.1