```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 07/10/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

MOON CAPITAL MANAGEMENT, LP,

      Petitioner,

  - against -

GEK LANG LEE,

      Respondent.

-------------------------------------------------------X

No. 07 Civ. 6002 (JGK) (FM)

**STIPULATION AND
ORDER OF DISMISSAL**

  It is hereby STIPULATED and AGREED by and between the undersigned counsel for all parties that, pursuant to Fed. R. Civ. P. 41(a)(2), this action is hereby dismissed with prejudice and without costs or attorneys' fees to any party.

Dated: New York, New York
    July 6, 2007

FRIEDMAN KAPLAN
SEILER & ADELMAN LLP

_____
Lance J. Gotko (LG 5443)
Emily A. Stubbs (ES 5458)
1633 Broadway
New York, NY 10019-6708
(212) 833-1100

*Attorneys for Petitioner*

PADUANO & WEINTRAUB LLP

_____
Anthony Paduano (AP 8400)
Jordan D. Becker (JB 3636)
1251 Avenue of the Americas
Ninth Floor
New York, NY 10022
(212) 785-9100

*Attorneys for Respondent*

Dated: July 9, 2007

SO ORDERED.

_____
JOHN G. KOELTL
UNITED STATES DISTRICT JUDGE

481629.1